Date: 12/08/10     Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 3015 Dated 12/08/10
Case Number 07-71999 - MCGLOTHLIN, KEVIN LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| BB & T<br>Po Box 1847<br>Wilson, NC 27894 | 000002 | 355.56 | 0.66 |
| BB & T<br>Po Box 1847<br>Wilson, NC 27894 | 000004 | 118.44 | 0.21 |
| Great Seneca/First USA Bank/CC<br>Vativ Recovery Solutions, LLC<br>As Agent for Palisades Collection/ Asta<br>PO Box 19249<br>Sugar Land, TX 77496 | 000007 | 939.73 | 1.75 |
| LVNV Funding LLC its successors and assigns as<br>assignee of MCI<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000008 | 100.52 | 0.19 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000009 | 290.29 | 0.54 |
| Treasurer of Tazewell County<br>PO Box 969<br>Tazewell, VA 24651 | 000010A | 165.97 | 0.30 |
| ---------- Remittance Total ---------------- | | 1,970.51 | 3.65 |

CHARLIE JESSEE, TRUSTEE



FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
DEC 1 3 2010
BY _____ DEPUTY CLERK

COURT1     Printed: 12/08/10 11:24 AM Ver: 16.01a

```
                  705429

UNITED STATES BANKRUPTCY COURT
  WESTERN DISTRICT OF VIRGINIA
        ROANOKE OFFICE

Received From:
JESSEE, CHARLIE
200 W. VALLEY STREET
ABINGDON             VA  24210-1506
```

| CASE NO. | PRICE | QTY | AMOUNT |
|---|---|---|---|
| 07-71999 | $ 0.00 | 1 | $ 3.65 |
| SMALL DIVID CH 7 < $5 | | | |
| KEVIN AND KIRSTIE MCGLOTHLIN | | | |

| TOTAL: | $ 3.65 |
|---|---|

```
CASH:     CHECKS: √    MONEY ORDERS:

Clerk : N. STONE
Date  : 12/13/2010
```